EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--|
| Enid García Ortiz | 2016 TSPR 86 |
| | 195 DPR ____ |

Número del Caso:    TS-6,945

Fecha: 3 de mayo de 2016

Programa de Educación Jurídica Continua:

　　　　Lcda. Geisa M. Marrero Martínez
　　　　Directora Ejecutiva

Abogada de la Querellada:

　　　　Por Derecho Propio

Materia: Conducta Profesional – La suspensión de la abogacía será efectiva el 5 de mayo de 2016, fecha en que se le notificó a la abogada de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enid García Ortiz                    TS-6,945

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de mayo de 2016.

La Lcda. Enid García Ortiz fue admitida al ejercicio de la abogacía el 18 de noviembre de 1980 y prestó juramento para ejercer la notaría el 18 de noviembre de 1983. No obstante, el 9 de marzo de 1990 aceptamos la renuncia al notariado de la licenciada García Ortiz.

El 1 de octubre de 2015, la Directora del Programa de Educación Jurídica Continua (PEJC), Lcda. Geisa M. Marrero Martínez, presentó un *Informe Sobre Incumplimiento con Requisito de Educación Jurídica Continua* (Informe) en el que señaló que la licenciada García Ortiz no había cumplido con los requisitos del PEJC durante los periodos siguientes: 1 de septiembre de 2007 al 31 de agosto de 2009, 1 de septiembre de 2009 al 31 de agosto de 2011 y 1 de septiembre de 2011 a 31 de agosto de 2013.

Evaluado el Informe presentado por la Directora del PEJC, el 13 de octubre de 2015 este Tribunal emitió una Resolución mediante la cual se le concedió a la licenciada García Ortiz un término de veinte (20) días para que compareciera y mostrara causa por la cual no debía ser suspendida del ejercicio de la abogacía debido a su incumplimiento con los requisitos del PEJC y por no comparecer ante el PEJC cuando le fue requerido.

El 10 de noviembre de 2015 la licenciada García Ortiz compareció ante nos y señaló que desde el 4 de febrero de 1997 no ejerce la profesión de la abogacía toda vez que padece de varias condiciones de salud severas. En vista de lo anterior, el 29 de diciembre de 2015 emitimos Resolución mediante la cual le concedimos un término de veinte (20) días para que completara el trámite conducente a su

inactivación en el Registro Único de Abogados y Abogadas (RÚA).

Transcurrido el mencionado término sin que la licenciada García Ortiz haya completado el trámite conducente a su inactivación en el RÚA y sin haber cumplido con los requisitos del PEJC, se ordena la suspensión inmediata e indefinida del ejercicio de la abogacía de la licenciada García Ortiz en nuestra jurisdicción. Ello debido a su reiterado incumplimiento con los requisitos del PEJC. En caso de que la licenciada García Ortiz esté representando a clientes ante nuestros tribunales en la actualidad, se le impone el deber de notificar a estos sobre su inhabilidad de continuar representándolos, devolverle los honorarios por trabajos no realizados e informar oportunamente de su suspensión a cualquier foro judicial y administrativo en el que tenga un caso pendiente. Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior en un término de treinta (30) días contados a partir de la notificación de la presente Resolución.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo